FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT T. ROSS,<br><br>                Defendant. | No. 1:21-PO-08223-JPH-1<br><br>JUDGMENT IN A CRIMINAL CASE FOR A PETTY OFFENSE |

On Friday, February 18, 2022, Defendant pleaded guilty to citations 1) FBKZ001U, for cutting or otherwise damaging any timber, tree, or other forest product, except as authorized by special-use authorization, in violation of 36 C.F.R. § 261.6(a); and 2) FBKZ001X, for placing a vehicle or other object in such a manner that is an impediment or hazard to the safety of any person, in violation of 36 C.F.R. § 261.10(f). *See* ECF No. 22. Defendant is adjudicated guilty of these offenses.

Judgment is hereby imposed pursuant to the parties' Rule 11(c)(1)(C) plea agreement as follows:

ORDER - 1

1. **Restitution.** Defendant must make restitution to the United States Forestry Department in the amount of **$500.00** by way of lump sum payment, with the balance due not later than **August 18, 2022**. Check or money order shall be made payable to U.S. Forestry Department, 10237 U.S. Highway 12, Naches, WA 98937. Within one (1) week of making payment, Defendant shall provide a receipt as proof of payment to the Court and the United States Attorney's Office, though defense counsel.

2. **Interest waived**. The Court has determined that the Defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the restitution.

3. **Special assessment**. Defendant shall pay the mandatory $20.00 special penalty assessment by **March 18, 2022** to the CVB. Check or money order shall be made payable to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363, or payable online at www.cvb.uscourts.gov.

4. **Fee**. Defendant shall pay the mandatory $60 CVB processing fee by **March 18, 2022** to the CVB. Check or money order shall be made payable to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363, or payable online at www.cvb.uscourts.gov.

5. **Community service**. Defendant shall perform twenty-five (25) hours of community service at an organization of which neither Defendant nor his

ORDER - 2

immediate family has a past or present affiliation.  The hours are to be completed by **August 18, 2022**.  Written verification of completion of community service hours must be provided to the Court and United States Attorney, through Defendant's attorney, within six (6) months of completion of the hours.  This verification shall include the name, signature of and contact information for the supervising organization.

6. Defendant has agreed not to enter any recreational area of the National Park Service and/or National Forest System land, including but not limited to campsites, hiking trails, biking trails, and picnicking areas, within the United States from February 18, 2022 until February 18, 2023.

7. It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

8. Last four digits of Defendant's social security number: 7990.

9. Defendant's Year of Birth: 1971.

10. City and State of Defendant's Residence: Yakima, WA.

ORDER - 3

The Clerk of the Court shall enter this Judgment; provide copies to counsel; and transmit a certified copy of this judgment to the Attorney General pursuant to 18 U.S.C. § 3612(b), along with the criminal case personal identification attachment with unredacted personal identifiers.

DATED February 23, 2022

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 4